IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
CIVIL ACTION NO. 7:12-CV-117-BO

| | |
|---|---|
| KENNETH LONG, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CONSENT ORDER |
| v. ) | |
| ) | |
| CAROLYN COLVIN, ) | |
| COMMISSIONER OF ) | |
| SOCIAL SECURITY, ) | |
| ) | |
| Defendant. ) | |

Upon application of the Plaintiff,

It is ORDERED that the Commissioner of Social Security pay $8,062.51 in attorney's fees associated with this matter in full satisfaction of any and all claims arising under EAJA, 28 U.S.C. § 2412(d). It is further ordered that Plaintiff be paid $71.00 in costs for U.S. Marshall Service fees. Such payments should be sent to:

Kathleen Shannon Glancy, P.A.
114 South Front Street
Wilmington, NC 28401

Provided that the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, Kathleen Shannon Glancy, P.A., and mailed to her office address above in accordance with Plaintiff's assignment to his attorney of his right to payment of attorney fees under EAJA.

Upon the payment of such sums, this case is dismissed with prejudice.

This the ___8___ day of _July_, 2013.

*[Signature: Terrence Boyle]*
United States District Judge

CONSENTED TO:

/s/Kathleen S. Glancy
Kathleen S. Glancy
Attorney For Plaintiff
Kathleen Shannon Glancy, P.A.
114 South Front Street
Wilmington, NC 28401
Telephone: (910)762-6091
Fax: (910)763-2967
E-mail: *ksglancy@glancynet.com*
N.C. State Bar No. *12216*


BY: /s/ Kathleen C. Buckner
KATHLEEN C. BUCKNER
Attorney for Defendant
Special Assistant United States Attorney
Social Security Administration
Office of the General Counsel
6401 Security Boulevard
Altmeyer Building, Room 617
Baltimore, MD 21235-6401
Telephone: (410) 965-3202
Fax: (410) 597-0137
E-mail: Kathleen.Buckner@ssa.gov
Maryland Bar